IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                      Plaintiff,<br>v.<br><br>DOLGENCORP, LLC d/b/a DOLLAR GENERAL,<br><br>                      Defendant. | Civil Action No. 3:12-cv-670-HTW-LRA |

## DEFENDANT'S
## MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendant Dolgencorp, LLC ("Defendant") files this motion to transfer venue for the convenience of the witnesses and parties and in the interests of justice. For the reasons further explained in the memorandum submitted in support of this motion and based on the Declaration of Ahnaf Bashir attached as Exhibit "A," the Court should transfer this case to the United States District Court for the Southern District of Mississippi, Southern Division.

This 22nd day of January, 2013.

                                            Respectfully submitted,

                                            DOLGENCORP, LLC

                                            By its attorneys,

                                            *s/Ceejaye S. Peters*
                                            CEEJAYE S. PETERS

OF COUNSEL:

Scott W. Pedigo, MSB No. 10735
Ceejaye Peters, MSB No. 101962
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
4268 I-55 North Meadowbrook Office Park
Jackson, Mississippi 39211
spedigo@bakerdonelson.com
cpeters@bakerdonelson.com
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Joel S. Allen (*Pro Hac Vice forthcoming*)
Texas State Bar No. 00795069
Jason R. Elliott (*Pro Hac Vice forthcoming*)
Texas State Bar No. 24050558
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4000
Facsimile:  (214) 466-4001
joel.allen@morganlewis.com
jason.elliott@morganlewis.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served via the Court's CM/ECF system on this 22nd day of January 2013, as follows:

C. Emanuel Smith
Julie Bean
Steven Murray
Harriett Johnson
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION - BIRMINGHAM DISTRICT OFFICE
Ridge Park Place, Suite 2000
1130 22nd Street, South
Birmingham, Alabama 35205

s/*Ceejaye S. Peters*
CEEJAYE S. PETERS